■ PATRICIA PASCALE, Respondent, v JAMES DUKE et al., Individually and Doing Business as SWISS CHALET CHICKEN &

RIBS, et al., Appellants. [672 NYS2d 1023] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendants' motion for summary judgment dismissing the complaint because defendants failed to meet their initial burden of establishing entitlement to judgment in their favor as a matter of law (*see, Zuckerman v City of New York*, 49 NY2d 557, 562). Failure to make that showing requires denial of defendants' motion, "regardless of the sufficiency of the opposing papers" (*Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Summary Judgment.) Present—Green, J. P., Pine, Hayes, Callahan and Fallon, JJ.